UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO. 99-81073

vs.

HON. GEORGE CARAM STEEH

ALI CHAMI,

        Defendant.
_____/

### ORDER SUPPLEMENTING JUDGMENT OF CONVICTION (DOC. #423) TO INCLUDE A RECOMMENDATION FOR PLACEMENT OF DEFENDANT BY THE BUREAU OF PRISONS IN THE MILAN FEDERAL CORRECTIONAL INSTITUTION

Upon request by defendant, in order to facilitate family contact, and the court being fully advised,

Now therefore, the judgment of conviction is hereby supplemented to include a recommendation that defendant be placed in custody at the Milan Correctional Institution, if possible.

Dated: August 31, 2010

                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 31, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk